UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60087-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BOZNAI ROMELUS,

        Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

This matter came before the Court on the Report and Recommendation (R&R) [DE 45] of the Honorable Andrea M. Simonton recommending that the Defendant Romelus's plea of guilty to Count 1 of the Indictment be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Simonton's R&R. No objections have been filed by the Defendant. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Simonton is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Boznai Romelus's plea of guilty is accepted, and Defendant Romelus is adjudicated guilty as to Count 1 of the Indictment.

DONE AND ORDERED in Miami, Florida this 20th day of June, 2011.

                                      PATRICIA A. SEITZ
                                      UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Magistrate Judge Andrea M. Simonton