UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-60087-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BOZNAI ROMELUS,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S *IN FORMA PAUPERIS* MOTION

THIS MATTER is before the Court upon Defendant, Boznai Romelus'[1] Motion for "Service of Process" or "Duty to Mitigating Act" by Invoking the "Negligence Official(s)" Secretive Act ("SOSSA") [DE 76], which the Court interprets as an I*n Forma Pauperis* Motion. In 2012, after serving close to twenty-two months of imprisonment and two years of supervised release, the Defendant completed his criminal sentence in this matter. On November 1, 2021, the Defendant filed a separate civil-rights complaint under 42 U.S.C. § 1983 assigned Case No. 21-CV-62266-RKA.

Defendant seeks to proceed *in forma pauperis* in this criminal matter. His motion is largely unintelligible and nonsensical. To the extent Defendant seeks to proceed *in forma pauperis*, the Court determines that this matter is not taken in good faith, given the fact that the time to appeal his 2011 conviction has passed,

---

[1] In Defendant's motion, the case is styled "Manetirony Clervrain, et al Boznai Romelus v. United States of America." Defendant refers to himself as "Manetirony Clervrain,"

and the Defendant was released from federal custody almost ten years ago. *See* 28 U.S.C. § 1915(a)(3). After careful review, the Motion is denied[2]. Accordingly, it is **ORDERED** that:

    1. Defendant's *In Forma Pauperis* Motion [DE 76] is **DENIED**.

**DONE and ORDERED** at Miami, Florida, this 25th day of May, 2022.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

---

[2] The 57-page Motion is rambling and incoherent. As such, the Court is unable to discern what other relief, if any, Mr. Romelus is requesting. Therefore, to the extent he seeks any additional relief, such requests are denied.